**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISON**

So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

| | | |
|---|---|---|
| Smith Western Regional Center LLC, *et al.*, | ) | |
| Plaintiffs, | ) | Case No.: 1:26-cv-01357-CAB |
| v. | ) | |
| United States Citizenship and Immigration Services, | ) | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

Following the filing of this action, Defendant granted the immigration benefit at issue. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice by the Plaintiffs.

Dated: July 14, 2026

Respectfully submitted,

*/s/ Matthew T. Galati*
Matthew T. Galati *
8080 Old York Road
Suite 204
Elkins Park, PA 19027
(215) 309-1728
matt@galati.law
* *Admitted Pro Hac Vice*

*/s/ Crucita Flecha*
Crucita Flecha
3250 W Henderson Rd, Suite 203
Columbus, OH 43220
(614) 379-3003
attorneyflecha@gmail.com
(OH Bar No. 0064832)
*Local Counsel*

*Attorneys for Plaintiffs*